DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Peninsula Asset Management (Cayman) LTD., et al., | ) ) ) | CASE NO. 5:04 CV 1153 |
| Plaintiff(s), | ) ) | O R D E R |
| v. | ) ) | |
| Hankook Tire Co., LTD., et al., | ) ) | |
| Defendant(s). | ) | |

Before the Court is Defendant Hankook Tire Ltd.'s proposed Bill of Costs (Docket No. 201-1). Defendant seeks payment of $84,756.92 in costs. Plaintiffs object to the Bill of Costs referring to the fact that this matter is on appeal to the Sixth Circuit Court of Appeals. See Docket No. 203 and the Court's January 4, 2007 Order (Docket No. 200). Plaintiffs did not lodge any specific objections to the Bill of Costs as presently submitted.

Upon review of this matter, the Court is required to rule upon the request for costs notwithstanding the fact the matter is on appeal. As a preliminary matter, the Court questions Defendant's request for $25,437.71 for interpretation services under 28 U.S.C. Section 1828, which provides for Court appointed interpreters in criminal matters and in civil cases involving the United States. The Court also questions whether any costs may be awarded for video services pursuant to 28 U.S.C. Section 1920, which forms the basis for the Court's determination of an award of costs. Before directing Plaintiffs to respond to the Bill of Costs as submitted, the Court directs Defendant to file a brief in support of its Bill of Costs in response to the items the Court is questioning. Defendant should also brief whether or not this is an appropriate case for denial of costs in light of White and White, Inc. v. American Hospital Supply Corp., 786 F. 2d

(5:04 CV 1153)

728 (6th Cir. 1986). Defendant has leave to file a brief in support of its Bill of Cost until April 16, 2007. Plaintiffs have leave until April 27, 2007 to file objections to the items requested to be paid in the Bill of Costs submitted by Defendant and to respond to the Defendant's brief in support of the Bill of Costs.

  IT IS SO ORDERED.


 April 9, 2007           */s/ David D. Dowd, Jr.*
Date                 David D. Dowd, Jr.
                    U.S. District Judge